IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KASON JAMEL HARRY, #33342-171, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:21-cv-104-ECM |
| | ) |
| ALAN COHEN, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On October 18, 2023, the Magistrate Judge entered a Recommendation (doc. 20) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 20) is ADOPTED, and this case is DISMISSED as MOOT.

A separate Final Judgment will be entered.

DONE this 28th day of November, 2023.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE